# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICARDO GUERRERO,** : | |
|    Petitioner : | |
| : | No. 1:20-cv-39 |
| v. : | |
| : | (Judge Rambo) |
| **WARDEN G. QUAY,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 23rd day of March 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion to not be transferred (Doc. No. 13) pursuant to Rule 23(a) of the Federal Rules of Appellate procedure is **DENIED without prejudice** to his right to file a motion requesting the same relief in the Third Circuit should he appeal this Court's decision in the above-captioned case; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                               s/ Sylvia H. Rambo
                                               United States District Judge