# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RICARDO GUERRERO,** :
   Petitioner :
:    No. 1:20-cv-39
**v.** :
:    (Judge Rambo)
**WARDEN G. QUAY,** :
   Respondent :

## ORDER

**AND NOW**, on this 23rd day of July 2020, in accordance with the Amended Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The above-captioned case shall remain **CLOSED**.

                                          s/ Sylvia H. Rambo
                                          United States District Judge